In The United States District Court
For The District Of Colorado

Civil Action No. 1:09-CV-01683 WYD-MJW

WESLEY D. CARTER,

    Plaintiff,

vs.

STANDARD INSURANCE COMPANY; ALBERTSON'S, LLC as Administrator of ALBERTSON'S LLC HEALTH AND WELFARE PLAN; and ALBERTSON'S HEALTH AND WELFARE PLAN,

    Defendants.

---

ORDER ( Docket No. 11 )

---

Comes now the Court, having reviewed Defendants' MOTION TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND EXTENSION OF TIME TO AUGUST 28, 2009 TO FILE THE AMENDED ANSWER, and hereby ORDERS that the Defendants' Motion is GRANTED. Defendants are granted permission to file an Amended Answer and an extension of time up to and including August 28, 2009 to file said Answer.

Dated this 19 day of August, 2009.

BY THE COURT:

_[signature]_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO