IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01683–KMT–MJW

WESLEY D. CARTER,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,
ALBERTSON'S, LLC, as Administrator of albertson's LLC Health and Welfare Plan, and
ALBERTSON'S LLC HEALTH AND WELFARE PLAN,

    Defendants.

## ORDER AND ORDER OF REFERENCE

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c) by Chief Judge Wiley Y. Daniel and was assigned to Magistrate Judge Kathleen M. Tafoya on October 27, 2009. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) and (b), it is hereby

**ORDERED** that Magistrate Judge Watanabe is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. It is further

**ORDERED** that the Order of Reference to United States Magistrate Judge, entered by Chief Judge Daniel on July 27, 2009 [Docket No. 6], is **VACATED**. It is further

**ORDERED** that the Final Pretrial Conference is reset for **February 9, 2010**, at **9:30 a.m.** in Courtroom C-201, Second Floor, Byron Rogers U.S. Courthouse, 1929 Stout Street,

Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Tafoya **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website. Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

Dated this 28th day of October, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge