IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:09-CV-01683-KMT-MJW

WESLEY D. CARTER,

    Plaintiff,

vs.

STANDARD INSURANCE COMPANY; ALBERTSON'S, LLC as Administrator of ALBERTSON'S LLC HEALTH AND WELFARE PLAN; and ALBERTSON'S HEALTH AND WELFARE PLAN,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Comes now the Court, having reviewed the Stipulation to Dismiss with Prejudice signed by all parties, and hereby

ORDERS that the Stipulation for Dismissal with Prejudice is GRANTED.  Each party is to pay their own costs, expenses and attorney's fees.

Dated this 3rd day of December, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge